# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

### CIVIL COMPLAINT

Yinka . A . Adeshina,

_____,
*(Write the full name of each Plaintiff*
*who is filing this complaint. If the*
*names of all the plaintiffs cannot fit*
*in the space above, please write*
*"see attached" in the space and*
*attach an additional page with the*
*full list of names.)*

**v.**

Elon Musk,

_____,

See attached,

*(Write the full name of each Defendant*
*who is being sued. If the names of all*
*the Defendants cannot fit in the space*
*above, please write "see attached" in*
*the space and attach an additional*
*page with the full list of names.)*

_____/

**Case No.:** 4:21cv403-AW/mJF
*(To be filled in by the Clerk's Office)*

**Jury Trial Requested?**
☒YES ☐ NO

FILED USDC FLND TL
OCT 4 '21 AM11:44

Wesley Snipes

Jamie Foxx

Terrence Howard

Mark O'Gilvie

Nicholas Cage

Ryan Seacrest

Cristiano Ronaldo

Dale Earnhardt Jr

Chris Brown

Kenneth Brian Edmonds "Babyface"

Meek Mills

Mark Zuckerberg

Sean Puffy Combs

Rev. Jesse Jackson

Pres. George W. Bush

Pres. Bill Clinton

Pres. Vladimir Putin

David Kilgore

Dante Pride

Michael Andrews

Jermaine Jackson

Kobe Bryant

Danny Green

LeBron James

Marcus Morris

DeMarcus Cousins

Caris LeVert

Lamar Odom

Domantas Sabonis

Rajon Rondo

Paul George

Scottie Pippen

Michael Jordan

James Harden

Giannis Antetokounmpo

Stephen Curry

Carmelo Anthony

Klay Thompson

John Travolta

Anthony Davis

Kawhi Leonard

# I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

1. Plaintiff's Name: Yinka. A. Adeshina

   Address: 1621 Cross pointe Way

   _____

   City, State, and Zip Code: Tallahassee, FL 32308

   Telephone: _____ *(Home)* 850 300 0494 *(Cell)*

2. Plaintiff's Name: _____

   Address: _____

   _____

   City, State, and Zip Code: _____

   Telephone: _____ *(Home)* _____ *(Cell)*

   *(Provide this information for any additional Plaintiffs in this case by*

   *attaching an additional page as needed.)*

B. Defendant(s)

1. Defendant's Name: Elon Musk

   Name of Employer *(if relevant)*: Tesla

   Address: 3500 Deer Creek Road

   _____

   City, State, and Zip Code: Palo Alto, CA 94304

Defendants Continued

2. Defendant's Name: Wesley Snipes

Name of Employer (if relevant): Actor

Address: 9100 Wilshire Blvd. W Tower #500

City, State, and Zip Code: Beverly Hills, CA 90212

3. Defendant's Name: Jamie Foxx

Name of Employer (If relevant): Actor

Address: 2000 Avenue of the Stars. 3rd Floor. North Tower.

City, State, and Zip Code: Century City, CA 90067

4. Defendant's Name: Terrence Howard

Name of Employer (If relevant): Actor

Address: 370 S. Fairfax Avenue

City, State, and Zip Code: Los Angeles, CA 90036

5. Defendant's Name: Mark O'gilvie

Name of Employer (If relevant): Actor

Address: c/o Terrence Howard 370 S. Fairfax Avenue

City, State, and Zip Code: Los Angeles, CA 90036

Defendants Continued

2. Defendant's Name: _____ Nicholas Cage _____

Name of Employer (if relevant): _____ Actor _____

Address: _____ 750 N. San Vicente Blvd. _____

_____ Suite 800W _____

City, State, and Zip Code: _____ West Hollywood, CA 90069-5788 _____

3. Defendant's Name: _____ Ryan Seacrest _____

Name of Employer (If relevant): _____ TV Show Host _____

Address: _____ 7 Lincoln Square _____

_____

City, State, and Zip Code: _____ New York, NY 10023 _____

4. Defendant's Name: _____ Cristiano Ronaldo _____

Name of Employer (If relevant): _____ Soccer Player _____

Address: Football Club United of Manchester

Broad Hurst Park. 310 Light Browne Road

City, State, and Zip Code: Moston Manchester M40 ØFJ England

5. Defendant's Name: _____ Dale Earnhardt Jr _____

Name of Employer (If relevant): _____ Nascar Racer _____

Address: _____ 4400 Papa Joe Hendrick Blvd _____

_____

City, State, and Zip Code: _____ Charlotte, NC 28262 _____

**Defendants Continued**

2. Defendant's Name: Chris Brown

   Name of Employer (if relevant): Singer

   Address: 2738 Rinconia Drive

   City, State, and Zip Code: Los Angeles, CA 90068

3. Defendant's Name: Kenneth Brian Edmonds

   Name of Employer (If relevant): Singer

   Address: 1100 Glendon Avenue, Suite 2100

   City, State, and Zip Code: Los Angeles, CA 90024

4. Defendant's Name: Meek Mills

   Name of Employer (If relevant): Singer

   Address: 505 8th Avenue, Suite 1004

   City, State, and Zip Code: New York, NY 10018

5. Defendant's Name: Mark Zuckerberg

   Name of Employer (If relevant): Enterpreneur

   Address: 1601 Willow Road

   City, State, and Zip Code: Menlo Park, CA 94025

Defendants Continued

2. Defendant's Name: _Sean Puffy Combs_

Name of Employer (if relevant): _Singer_

Address: _Bad Boy Worldwide Entertainment_
_1440 Broadway Floor 19_

City, State, and Zip Code: _New York, NY 10019_

3. Defendant's Name: _Rev. Jesse Jackson_

Name of Employer (If relevant): _Activist_

Address: _930 East 50th Street_

City, State, and Zip Code: _Chicago, IL 60815_

4. Defendant's Name: _Pres. George W. Bush_

Name of Employer (If relevant): _____

Address: _P. O. Box 259000_

City, State, and Zip Code: _Dallas, TX 75225-9000_

5. Defendant's Name: _Pres. Bill Clinton_

Name of Employer (If relevant): _____

Address: _1633 Broadway. 5th Floor._

City, State, and Zip Code: _New York, NY 10019_

Defendants Continued

2. Defendant's Name: _____Pres. Vladimir Putin_____

Name of Employer (if relevant): _____President of Russia_____

Address: _____23, Ulitsa Llyinka_____

_____

City, State, and Zip Code: _____103132, Moscow, Russia_____

3. Defendant's Name: _____David Kilgore_____

Name of Employer (If relevant): _____Pharmacist_____

Address: _____153 Green Springs Ct_____

_____

City, State, and Zip Code: _____Columbia, SC 29223_____

4. Defendant's Name: _____Dante Pride_____

Name of Employer (If relevant): _____Attorney_____

Address: _____2831 Camino Del Rio, Suite 104_____

_____

City, State, and Zip Code: _____San Diego, CA 92108_____

5. Defendant's Name: _____Michael Andrews_____

Name of Employer (If relevant): _____Pharmacist_____

Address: _____VA Loma Linda Healthcare System._____

_____Pharmacy Dept. 11201 Benton Street_____

City, State, and Zip Code: _____Loma Linda, CA 92357_____

Defendants Continued

2. Defendant's Name: _____ Jermaine   Jackson _____

   Name of Employer (if relevant): _____ Singer _____

   Address: _____ 4641   Hayvenhurst   Drive _____

   _____

   City, State, and Zip Code: _____ Encino ,   CA   91436 _____

3. Defendant's Name: _____ Kobe   Bryant _____

   Name of Employer (If relevant): _____

   Address: _____ 1011   Rancho   Conejo   Blvd _____

   _____

   City, State, and Zip Code: _____ Thousand   Oaks ,   CA   91320 _____

4. Defendant's Name: _____ Danny   Green _____

   Name of Employer (If relevant): _____ Philadelphia   76ers _____

   Address: _____ 3601   S.   Broad   Street _____

   _____

   City, State, and Zip Code: _____ Philadelphia ,   PA   19148 _____

5. Defendant's Name: _____ LeBron   James _____

   Name of Employer (If relevant): _____ La   Lakers _____

   Address: _____ 2275   East   Mariposa   Avenue _____

   _____

   City, State, and Zip Code: _____ El   Segundo ,   CA   90245 _____

Defendants Continued

2. Defendant's Name: _____ Marcus   Morris _____

Name of Employer (if relevant): _____ La   Clippers _____

Address: _____ 6951   South   Centinela   Avenue _____

_____

City, State, and Zip Code: _____ Playa   Vista ,  CA   90094 _____

3. Defendant's Name: _____ DeMarcus   Cousins _____

Name of Employer (If relevant): _____ La   Clippers _____

Address: _____ 6951   South   Centinela   Avenue _____

_____

City, State, and Zip Code: _____ Playa   Vista ,  CA   90094 _____

4. Defendant's Name: _____ Caris   LeVert _____

Name of Employer (If relevant): _____ Indiana   Pacers _____

Address: _____ 125   S.   Pennsylvania   street _____

_____

City, State, and Zip Code: _____ Indianapolis ,  IN   46204 _____

5. Defendant's Name: _____ Lamar   Odom _____

Name of Employer (If relevant): _____

Address: _____ C/o   La   Lakers _____

_____ 2275   East   Mariposa   Avenue _____

City, State, and Zip Code: _____ El   Segundo ,  CA   90245 _____

Defendants Continued

2. Defendant's Name: Domantas Sabonis

Name of Employer (if relevant): Indiana Pacers

Address: 125 S. Pennsylvania Street

City, State, and Zip Code: Indianapolis, IN 46204

3. Defendant's Name: Rajon Rondo

Name of Employer (If relevant): La Lakers

Address: 2275 East Mariposa Avenue

City, State, and Zip Code: El Segundo, CA 90245

4. Defendant's Name: Paul George

Name of Employer (If relevant): La Clippers

Address: 6951 South Centinela Avenue

City, State, and Zip Code: Playa Vista, CA 90094

5. Defendant's Name: Scottie Pippen

Name of Employer (If relevant):

Address: 17269 LuVerne Pl

City, State, and Zip Code: Enchino, CA 91316

Defendants Continued

2. Defendant's Name: _____ Michael Jordan _____

Name of Employer (if relevant): _____ Enterpreneur _____

Address: _____ Jump 23 inc   5335 Wisconsin Ave NW
_____ Suite 720 _____

City, State, and Zip Code: _____ Washington DC, 20015 - 2092 _____

3. Defendant's Name: _____ James Harden _____

Name of Employer (If relevant): _____ Brooklyn Nets _____

Address: _____ 620 Atlantic Avenue _____

_____

City, State, and Zip Code: _____ Brooklyn, NY 11217 _____

4. Defendant's Name: _____ Giannis Antetokounmpo _____

Name of Employer (If relevant): _____ Milwaukee Bucks _____

Address: _____ 1543 North 2nd Street, 6th Floor _____

_____

City, State, and Zip Code: _____ Milwaukee, WI 53212 _____

5. Defendant's Name: _____ Stephen Curry _____

Name of Employer (If relevant): _____ Golden State Warriors _____

Address: _____ One Warrior Way _____

_____

City, State, and Zip Code: _____ San Francisco, CA 94158 _____

Defendants Continued

2. Defendant's Name: Carmelo Anthony

Name of Employer (if relevant): La Lakers

Address: 2275 East Mariposa Avenue

City, State, and Zip Code: El Segundo, CA 90245

3. Defendant's Name: Klay Thompson

Name of Employer (If relevant): Golden State Warriors

Address: One Warrior Way

City, State, and Zip Code: San Francisco, CA 94158

4. Defendant's Name: John Travolta

Name of Employer (If relevant): Actor

Address: 9465 Wilshire Blvd. Suite 900

City, State, and Zip Code: Beverly Hills, CA 90212

5. Defendant's Name: Anthony Davis

Name of Employer (If relevant): La Lakers

Address: 2275 East Mariposa Avenue

City, State, and Zip Code: El Segundo, CA 90245

2. Defendant's Name: _Kawhi Leonard_

   Name of Employer *(if relevant):* _La Clippers_

   Address: _6951 South Centinela Avenue_

   _____

   City, State, and Zip Code: _Playa Vista, CA 90094_

3. Defendant's Name: _____

   Name of Employer *(if relevant):* _____

   Address: _____

   _____

   City, State, and Zip Code: _____

   *(Provide this information for any additional Defendants in this case by attaching additional pages as needed.)*

## II.  BASIS FOR JURISDICTION

Federal courts have limited jurisdiction.  Generally, only two types of cases may be heard in federal court: (1) a case involving a federal question or (2) case involving diversity of citizenship of the parties.  A "federal question" case arises under the United States Constitution or federal laws or treaties. 28 U.S.C. § 1331.  A "diversity" case means a citizen of one State sues a citizen of another State or nation. No defendant may be a citizen of the same State as any Plaintiff in a diversity case, and the amount in controversy must be more

than $75,000.  28 U.S.C. § 1332.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐  Federal Question      ☒ Diversity of Citizenship

Fill out the paragraphs in this section that apply to this case.

A.  If the Basis for Jurisdiction Is a Federal Question:

List the specific federal statutes, federal treaties, and/or provisions of the

United States Constitution that are at issue in this case: _____

_____

_____

_____

_____

B.  If the Basis for Jurisdiction is Diversity of Citizenship:

1.  Plaintiff(s)

a.  Plaintiff is an individual and a citizen of: ___FLORIDA___

b.  If any Plaintiff is a business or corporation, list the State where the

business is incorporated _____ or has its principal

place of business: _____

_____

*(Note: Businesses/Corporations must be represented by counsel.*

*Attach additional page to provide this information for additional*

*Plaintiffs.)*

2. Defendant(s)

   a. If the Defendant is an individual, identify their citizenship below.

      1. Defendant *(name)* _____Elon Musk_____

         is a citizen of *(State)* _____California_____

      2. Defendant *(name)* _____Wesley Snipes_____

         is a citizen of *(State)* _____California_____

      3. Defendant *(name)* _____Jamie Foxx_____

         is a citizen of *(State)* _____California_____

   b. If the Defendant is a corporation or business, list the state of

      incorporation or principal place of business below.

      1. Defendant *(name)* _____

         State of Incorporation is _____

         or Principal Place of Business is _____

      2. Defendant *(name)* _____

         State of Incorporation is _____

         or Principal Place of Business is _____

      *(Attach additional page if necessary to list all Defendants.)*

   3. Have you previously been involved in litigation with one or more

Continued:

2. a.   4. Defendant (name) _____ Terrence Howard _____

Is a citizen of (State) _____ California _____

5. Defendant (name) _____ Mark O'gilvie _____

Is a citizen of (State) _____ California _____

6. Defendant (name) _____ Nicholas Cage _____

Is a citizen of (State) _____ California _____

7. Defendant (name) _____ Ryan Seacrest _____

Is a citizen of (State) _____ New York _____

8. Defendant (name) _____ Cristiano Ronaldo _____

Is a citizen of (State) _____ England _____

9. Defendant (name) _____ Dale Earnhardt Jr _____

Is a citizen of (State) _____ North Carolina _____

0. Defendant (name) _____ Chris Brown _____

Is a citizen of (State) _____ California _____

1. Defendant (name) _____ Kenneth Brian Edmonds _____

Is a citizen of (State) _____ California _____

2. Defendant (name) _____ Meek Mills _____

Is a citizen of (State) _____ New York _____

3. Defendant (name) _____ Mark Zuckerberg _____

Is a citizen of (State) _____ California _____

Continued:

2. a.   4. Defendant (name) _Sean Puffy Combs_

Is a citizen of (State) _New York_

5. Defendant (name) _Rev. Jesse Jackson_

Is a citizen of (State) _Illinois_

6. Defendant (name) _Pres. George W. Bush_

Is a citizen of (State) _Texas_

7. Defendant (name) _Pres. Bill Clinton_

Is a citizen of (State) _New York_

8. Defendant (name) _Pres. Vladimir Putin_

Is a citizen of (State) _Russia_

9. Defendant (name) _David Kilgore_

Is a citizen of (State) _South Carolina_

0. Defendant (name) _Dante Pride_

Is a citizen of (State) _California_

1. Defendant (name) _Michael Andrews_

Is a citizen of (State) _California_

2. Defendant (name) _Jermaine Jackson_

Is a citizen of (State) _California_

3. Defendant (name) _Kobe Bryant_

Is a citizen of (State) _California_

Continued:

2. a.   4. Defendant (name) ___Danny   Green___

       Is a citizen of (State) ___Pennsylvania___

    5. Defendant (name) ___LeBron   James___

       Is a citizen of (State) ___California___

    6. Defendant (name) ___Marcus   Morris___

       Is a citizen of (State) ___California___

    7. Defendant (name) ___DeMarcus   Cousins___

       Is a citizen of (State) ___California___

    8. Defendant (name) ___Caris   LeVert___

       Is a citizen of (State) ___Indiana___

    9. Defendant (name) ___Lamar   Odom___

       Is a citizen of (State) ___California___

    0. Defendant (name) ___Domantas   Sabonis___

       Is a citizen of (State) ___Indiana___

    1. Defendant (name) ___Rajon   Rondo___

       Is a citizen of (State) ___California___

    2. Defendant (name) ___Paul   George___

       Is a citizen of (State) ___California___

    3. Defendant (name) ___Scottie   Pippen___

       Is a citizen of (State) ___California___

Continued:

2. a.   4. Defendant (name) _____ Michael Jordan _____

Is a citizen of (State) _____ Washington D.C _____

5. Defendant (name) _____ James Harden _____

Is a citizen of (State) _____ New York _____

6. Defendant (name) _____ Giannis Antetokounmpo _____

Is a citizen of (State) _____ Wisconsin _____

7. Defendant (name) _____ Stephen Curry _____

Is a citizen of (State) _____ California _____

8. Defendant (name) _____ Carmelo Anthony _____

Is a citizen of (State) _____ California _____

9. Defendant (name) _____ Klay Thompson _____

Is a citizen of (State) _____ California _____

0. Defendant (name) _____ John Travolta _____

Is a citizen of (State) _____ California _____

1. Defendant (name) _____ Anthony Davis _____

Is a citizen of (State) _____ California _____

2. Defendant (name) _____ Kawhi Leonard _____

Is a citizen of (State) _____ California _____

3. Defendant (name) _____

Is a citizen of (State) _____

of the named Defendants?

□ Yes     □ No

If yes, identify prior case #: _____ Date: _____

Court: _____

Defendant: _____

Judge: _____

Result: _____

## III. STATEMENT OF CLAIM

Write a short and plain statement of your claim.  Do not make legal arguments or quote from cases.  State the facts which show what happened, as well as where and when it happened. State how each Defendant was involved and explain what a Defendant did or did not do; identify how each Defendant caused you harm or violated federal law.  Write each statement in numbered paragraphs, limited as far as practicable to a single event or incident.  If more than one claim is asserted, number each claim, and ensure that a short and plain statement of facts supporting each claim is included in the facts alleged.  Attach no more than two (2) additional pages to state your claim.

_____Statutory Rape_____

_____

_____

_____

## IV.  RELIEF REQUESTED

State briefly and precisely what damages or other relief the plaintiff asks the

court to order.  Do not make legal arguments.  Include any basis for claiming

that the wrongs alleged are continuing at the present time.  Include the

amounts of any actual damages claimed for the acts alleged and the basis for

these amounts.  Include any punitive or exemplary damages claimed, the

amounts, and the reasons you claim you are entitled to actual or punitive

money damages.  5 Billion Dollars in damages

for pain and Suffering.

_____

_____

## V.  CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below

that to the best of my knowledge, information, and belief, this complaint: (1)

is not being presented for an improper purpose, such as to harass, cause

unnecessary delay, or needlessly increase the cost of litigation; (2) is

supported by existing law or by a non-frivolous argument for extending,

modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 10/4/21   Plaintiff's Signature: _Yinka Adeshina_

Printed Name of Plaintiff: YINKA ADESHINA

Address: 1621 CROSS POINTE WAY

TALLAHASSEE, FLORIDA 32308

E-Mail Address: YINKA.ADESHINA@AOL.COM

Telephone Number: 850 300 0494

*(Additional signature pages must be attached if there is more than one Plaintiff.)*