# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL COMPLAINT

AMENDED COMPLAINT

Yinka A. Adeshina,

_____,

*(Write the full name of each Plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Pres. George W. Bush,
Pres. Bill J. Clinton,

_____,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No.: 4-21-CV-000403-001
*(To be filled in by the Clerk's Office)*

**Jury Trial Requested?**
☒ YES  ☐ NO



FILED USDC FLND TL
OCT 15 '21 PM 12:12

# I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

1. Plaintiff's Name: Yinka A. Adeshina

   Address: 1621 Cross Pointe Way

   City, State, and Zip Code: Tallahassee, FL 32308

   Telephone: _____ (Home) 850 300 0494 (Cell)

2. Plaintiff's Name: _____

   Address: _____

   City, State, and Zip Code: _____

   Telephone: _____ (Home) _____ (Cell)

   *(Provide this information for any additional Plaintiffs in this case by attaching an additional page as needed.)*

B. Defendant(s)

1. Defendant's Name: Pres. George W. Bush

   Name of Employer *(if relevant)*: Ex-President

   Address: P.O. Box 259000

   City, State, and Zip Code: Dallas, TX 75225-9000

2. Defendant's Name: Pres. Bill J. Clinton

Name of Employer *(if relevant)*: Ex-President

Address: 1633 Broadway, 5TH Floor

City, State, and Zip Code: New York, NY 10019

3. Defendant's Name: _____

Name of Employer *(if relevant)*: _____

Address: _____

City, State, and Zip Code: _____

*(Provide this information for any additional Defendants in this case by attaching additional pages as needed.)*

## II. BASIS FOR JURISDICTION

Federal courts have limited jurisdiction. Generally, only two types of cases may be heard in federal court: (1) a case involving a federal question or (2) case involving diversity of citizenship of the parties. A "federal question" case arises under the United States Constitution or federal laws or treaties. 28 U.S.C. § 1331. A "diversity" case means a citizen of one State sues a citizen of another State or nation. No defendant may be a citizen of the same State as any Plaintiff in a diversity case, and the amount in controversy must be more

than $75,000. 28 U.S.C. § 1332.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Question          ☒ Diversity of Citizenship

Fill out the paragraphs in this section that apply to this case.

A. If the Basis for Jurisdiction Is a Federal Question:

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case: _____

| Title 18 USC 2031 |
| Title 18 USC 2032 |
| Title 18 USC 2242 (2) (A) |
| Title 18 USC 2243 (2) |

B. If the Basis for Jurisdiction is Diversity of Citizenship:

1. Plaintiff(s)

   a. Plaintiff is an individual and a citizen of: __FLORIDA__

   b. If any Plaintiff is a business or corporation, list the State where the business is incorporated _____ or has its principal place of business: _____

   *(Note: Businesses/Corporations must be represented by counsel.*

*Attach additional page to provide this information for additional Plaintiffs.)*

2. Defendant(s)

   a. If the Defendant is an individual, identify their citizenship below.

      1. Defendant *(name)* Pres. George W. Bush

         is a citizen of *(State)* Texas

      2. Defendant *(name)* Pres. Bill J. Clinton

         is a citizen of *(State)* New York

      3. Defendant *(name)* _____

         is a citizen of *(State)* _____

   b. If the Defendant is a corporation or business, list the state of incorporation or principal place of business below.

      1. Defendant *(name)* _____

         State of Incorporation is _____

         or Principal Place of Business is _____

      2. Defendant *(name)* _____

         State of Incorporation is _____

         or Principal Place of Business is _____

      *(Attach additional page if necessary to list all Defendants.)*

   3. Have you previously been involved in litigation with one or more

of the named Defendants?

☐ Yes   ☐ No

If yes, identify prior case #: _____ Date: _____

Court: _____

Defendant: _____

Judge: _____

Result: _____

## III. STATEMENT OF CLAIM

Write a short and plain statement of your claim. Do not make legal arguments or quote from cases. State the facts which show what happened, as well as where and when it happened. State how each Defendant was involved and explain what a Defendant did or did not do; identify how each Defendant caused you harm or violated federal law. Write each statement in numbered paragraphs, limited as far as practicable to a single event or incident. If more than one claim is asserted, number each claim, and ensure that a short and plain statement of facts supporting each claim is included in the facts alleged. Attach no more than two (2) additional pages to state your claim.

_See attached_

1) President George W. Bush raped me in 1972. He came to the apartment on Park road, Washington D.C where we resided and raped me. He violated 18 usc 2032.

2) First, he unzipped his pants and pulled out his phallus. He then bent and pulled down my pull-up and took it off. After which he lifted me high up from the floor and placed my vulva to his mouth. He sucked my vulva. He then brought me to waist level and inserted his phallus into my vulva. He put my pull-up back on me and left. He violated title 18 usc 2243 (a)(2).

3) I developed stomach pains and he was notified. He took me to the Veteran's Hospital in Washington D.C. There I was treated with some medications.

4) Pres. George W. Bush fondled and held me on his lap while I recieved my antibiotic injection. Then he performed sexual act on my anus. He violated 18 usc 2032.

5) This sexual relations continued everytime he took me to the veteran's hospital for my antibiotic injection. Pres. George W. Bush violated title 18 usc 2032.

1) Pres. Bill Clinton and I first met in 1973. We were later re-aquainted in 1974 at the beginning of school in Washington D.C.

2) Pres. Bill Clinton visited our apartment to check my aptitude. At the time of making enquiries of me, he lifted me up and placed me on his lap. That was when he performed sodomy on me. He pulled down his pant zipper. With his hand over my hand, he had me reach for his phallus. He then turned me away from him and pulled down my pants before inserting his phallus into my anus. Afterwards, he pulled up my pants and put me on the floor to sit down.

3) Pres. Bill Clinton adjusted and comport himself and continued with the aptitude test. He stayed for a while.

4) Pres. Bill Clinton violated title 18 usc 2031, title 18 usc 2032, title 18 usc 2242(2)(A) and title 18 usc 2243(2).

_____

_____

## IV. RELIEF REQUESTED

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. I request a total of $10,000,000.00 in compensatory and punitive damages. This includes, for lost income - $1,622,400, for non economic loss - $1,000,000 and for attorney's fees - $150,000.

## V. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending,

modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 10/15/21   Plaintiff's Signature: Yinka Adeshina

Printed Name of Plaintiff: YINKA ADESHINA

Address: 1621 CROSS POINTE WAY

TALLAHASSEE, FL 32308

E-Mail Address: YINKA.ADESHINA@AOL.COM

Telephone Number: 850 300 0494

*(Additional signature pages must be attached if there is more than one Plaintiff.)*